AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00083 |
| Patrick Duffy | ) Assigned To : Judge Robin M. Meriweather |
| | ) Assign. Date : 3/4/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Patrick Duffy__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __03/4/2024__                              _[signed]_  2024.03.04 13:04:50 -05'00'
                                                *Issuing officer's signature*

City and state: __Washington, D.C.__          Robin M. Meriweather, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* __3/4/2024__, and the person was arrested on *(date)* __3/6/2024__
at *(city and state)* __Cleveland, OH__

Date: __3/6/2024__                              _[signed]_
                                                *Arresting officer's signature*

                                                __Special Agent Amihr Bess__
                                                *Printed name and title*