# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 1:24-MJ-83 |
| PATRICK DUFFY : | |
| Defendant. : | |

## CONSENT MOTION TO CONTINUE THE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Now comes Defendant, Patrick Duffy by and through his attorney and requests a 60-day continuance of the status conference set for June 4, 2024 at 1:00 p.m. and exclude time under the Speedy Trial Act. In support of the consent motion, the Government states as follows:

1. Patrick Duffy is charged with Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2); Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Demonstrating or Picketing in the Capitol Buildings in violation of 40 U.S.C. § 5104(e)(2)(G).

2. There is currently a status conference set for June 4, 2024, at 1:00 P.M.

3. The Government is in the process of producing discovery, including the agent file and additional video of Mr. Duffy inside the U.S. Capitol building. The Government is also working to filter and scope a cellular device legally obtained through a search warrant. The parties have also discussed a plea offer to avoid going to trial. A 60-day continuance would allow the government to produce the additional discovery, Mr. Duffy sufficient time to review discovery, and time to discuss and contemplate a plea offer.

4. The parties have agreed upon a 60-day continuance and suggest a new status conference date of August 5, 2024, August 6, 2024 or August 7, 2024. If the Court is unavailable, the parties and the Court can work together to find another date that is available to all.

5. As noted above, Mr. Duffy consents to this motion.

6. The Government requests that the Court exclude time under the Speedy Trial Act. In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv). The Capitol Attack is likely the most complex investigation ever prosecuted by the Department of Justice. Due to the number of individuals currently charged across the Capitol Attack investigation and the nature of those charges, the on-going investigation of many other individuals, the volume and nature of discoverable materials, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

7. Mr. Duffy consents to the exclusion, under the Speedy Trial Act, of the time between June 4, 2024 and the next court date.

For the foregoing reasons, the Government requests the Court to continue the status conference set for June 4, 2024, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), for the reasons detailed above.

Respectfully submitted,

Nancy T. Jamieson
Attorney for Defendant
Bar No. SC0083880


By:    */s/ Nancy T. Jamieson*
      Bar No. SC0083880
      Attorney for Defendant
      11510 Buckeye Road
      Cleveland, Ohio 44104
      Phone: (216) 721-7700
      Email: nancy.jamieson@gmail.com

## CERTIFICATE OF SERVICE

On this 3rdd day of June, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

                                            By:    */s/Nancy T. Jamieson*
                                                          Nancy T. Jamieson
                                                          Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | Case No. 1:24-MJ-83 |
| **PATRICK DUFFY** : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Consent Motion to Continue the Status Conference and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that the currently scheduled status conference on June 4, 2024 be continued;

**ORDERED** that the time between June 4, 2024 and the date in which the Court sets a new status conference be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to produce and review discovery and engage in plea negotiations.

_____
UNITED STATES MAGISTRATE COURT JUDGE