IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:24-mj-00083 |
| Plaintiff | : | MAGISTRATE JUDGE MOXILA A. UPADHYAYA |
| vs | : | |
| PATRICK DUFFY | : | MOTION FOR PERMISSION TO TRAVEL |
| Defendant | : | |

Now comes the Defendant, Patrick Duffy, by and through his attorney, and respectfully requests that he be permitted to travel to Massachusetts from June 19, 2024 to June 22, 2024. The purpose of this trip is for Defendant's family to attend new student orientation at the University of Massachusetts with one of his daughters. The family will be renting a vehicle and staying in a hotel in the area.

Defendant is not a flight risk, as he turned himself in immediately when he was charged and has been in contact with his probation officer during the pendency of this case. Defendant's family has suffered tremendously over this situation and will continue to suffer, both emotionally and financially, if he is not able to attend.

WHEREFORE, Defendant requests that this Honorable Court grant him leave to travel to Massachusetts from June 19-June 22, 2024.

        Respectfully submitted,

        /s/ Nancy T. Jamieson
        NANCY T. JAMIESON (#0083880)
        11510 Buckeye Road
        Cleveland, OH 44104
        (216) 721-7700
        Nancy.jamieson@gmail.com
        Counsel for Defendant, Patrick Duffy

## SERVICE

A copy of the foregoing Motion for Permission to Travel was served on Plaintiff by electronically delivering a copy thereof to the United States Attorney for the District of Columbia, through the Court's e-filing system, this 18th day of June, 2024.

        /s/ Nancy T. Jamieson
        NANCY T. JAMIESON (#0083880)
        Counsel for Defendant, Patrick Duffy